IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MIRANDA RICE                                                                             PLAINTIFF

       v.                      CIVIL NO. 2:17-cv-2182-MEF

NANCY A. BERRYHILL, Commissioner
Social Security Administration                                  DEFENDANT

## **ORDER DISMISSING CASE FOR FAILURE FOLLOW A COURT ORDER**

On October 5, 2017, an order issued provisionally filing Plaintiff's complaint and application to proceed in forma pauperis. (ECF No. 5). In her application to proceed in forma pauperis, Plaintiff indicated that she received income from rent and/or royalties, but she did not provide the amount of said income. Accordingly, Plaintiff was given twenty days to provide this information to the Court.

On November 1, 2017, a show cause issued directing the Plaintiff to provide good reason for her failure to file the amended application by November 22, 2017. (ECF No. 7). On November 20, 2017, Plaintiff responded, indicating that her failure to meet the deadline was due to clerical error. (ECF No. 8). Contending that the amended application was complete and ready for filing, Plaintiff requested an additional ten days to file it. By Order of this Court, Plaintiff's request was granted. (ECF No. 9). To date, however, the Plaintiff has not filed the amended application to proceed in forma pauperis. Dismissal of the action is appropriate, as the Plaintiff has failed to comply with a court order. FED. R. CIV. P. 41(b).

Accordingly, the clerk is directed to dismiss Plaintiff's case without prejudice.

DATED this the 1st day of December, 2017.

                                                   /s/ *Mark E. Ford*
                                                   HONORABLE MARK E. FORD
                                                   UNITED STATES MAGISTRATE JUDGE