IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MIRANDA RICE                                                              PLAINTIFF

        v.                              CIVIL NO. 2:17-cv-2182-MEF

NANCY A. BERRYHILL, Commissioner
Social Security Administration                                           DEFENDANT

## JUDGMENT

        For the reasons stated in the Court's Order of Dismissal (ECF No. 10), the clerk is ordered

to dismiss the Plaintiff's Complaint without prejudice.

        IT IS SO ORDERED on this the 1st day of December, 2017.

                                        /s/ Mark E. Ford
                                        HON. MARK E. FORD
                                        UNITED STATES MAGISTRATE JUDGE